# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GARY A. MITCHELL, an individual, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>MERCY HOUSING, INC. DBA MERCY HOUSING, a Nebraska Company, MERCY HOUSING MANAGEMENT GROUP, a Nebraska Company, <br><br>　　　　Defendants. | Case No. <br><br>**NOTICE OF REMOVAL TO FEDERAL COURT** <br><br>DIVERSITY OF CITIZENSHIP <br><br>28 U.S.C. §§ 1332(a), 1441, 1446(c) |

TO:        Clerk of the Court;

AND TO:   Gary A. Mitchell, Plaintiff;

AND TO:   Damien N. Villareal, Vera P. Fomina, and Skidmore Fomina LLP, Plaintiff's attorneys of record.

PLEASE TAKE NOTICE that Defendants Mercy Housing, Inc. d/b/a Mercy Housing and Mercy Housing Management Group, by this Notice, now effect the removal of the state action (filed on March 14, 2022, Cause No. 22-2-03583-8 SEA) described below from the Superior Court of the State of Washington in and for the County of King to the United States District Court for the Western District of Washington at Seattle. This removal is based upon complete diversity of citizenship of the parties, *see* 28 U.S.C. §§ 1332(a), 1441, and is timely under 28 U.S.C. § 1446.

In support of their Notice of Removal, Defendants provide the following information:

NOTICE OF REMOVAL - 1

Littler Mendelson, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

## JURISDICTION

1. This Court has jurisdiction over this civil action pursuant to 28 U.S.C. § 1331(a), and this action is one that may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a). Mercy Housing, Inc. d/b/a Mercy Housing and Mercy Housing Management Group are the only Defendants, are both represented by the undersigned counsel, and both consent to removal. As set forth below, this case meets all of the requirements for removal and is timely and properly removed by the filing of this Notice.

## PLEADINGS

2. On March 14, 2022, Plaintiff initiated a civil action in King County Superior Court by filing a copy of the Summons and Complaint with that Court. A true and correct copy of the Complaint ("Complaint") is attached as **Exhibit 1**. A true and correct copy of the Order Setting Civil Case Schedule is attached as **Exhibit 2**. A true and correct copy of the Case Information Cover Sheet and Area Designation is attached as **Exhibit 3**. A true and correct copy of the Summons is attached as **Exhibit 4**.

3. On March 15, 2022, Plaintiff first effected service of the Summons, Complaint and Order Setting Civil Case Schedule in this action on Defendant Mercy Housing, Inc. d/b/a Mercy Housing through its registered agent for service of process in the State of Washington, Corporation Service Company. A true and correct copy of the Declaration of Service of the Summons and Complaint is attached as **Exhibit 5**.

4. On March 21, 2022, Plaintiff filed an Amended Complaint and Summons in King County Superior Court. A true and correct copy of the Amended Complaint is attached as **Exhibit 6**. A true and correct copy of the Summons is attached as **Exhibit 7**.

5. Defendants appeared through their counsel in the action in King County Superior Court on March 23, 2022. A true and correct copy of Defendants' Notice of Appearance is attached as **Exhibit 8**.

NOTICE OF REMOVAL - 2

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

6. On March 23, 2022, Plaintiff effected service of the Summons, Amended Complaint, and Order Setting Civil Case Schedule in this action on Defendant Mercy Housing Management Group through its registered agent for service of process in the state of Washington, Corporation Service Company. A true and correct copy of the Declaration of Service is attached as **Exhibit 9**.

7. Plaintiff further appeared through its counsel in the action in King County Superior Court on March 24, 2022. A true and correct copy of Plaintiff's Notice of Appearance is attached as **Exhibit 10**.

8. By signing this Notice of Removal, counsel for Defendants verifies that the above-described items attached hereto are true and complete copies of the records and proceedings that Defendants have received in the state court proceeding.

## DIVERSITY OF CITIZENSHIP

9. Mercy Housing, Inc. d/b/a Mercy Housing is a citizen of Nebraska, and not the State of Washington. At the time this action was commenced (and continuing to today), Mercy Housing, Inc.'s principal place of business under the "nerve center" test is Colorado, where Mercy Housing, Inc. has its headquarters. *See Hertz Corp. v. Friend*, 599 U.S. 77, 80–81 (2010) (a corporation's principal place of business, or "nerve center," will typically be where its headquarters is located). Mercy Housing, Inc. is incorporated under the laws of Nebraska.

10. Mercy Housing Management Group is a citizen of Nebraska, and not the State of Washington. At the time this action was commenced (and continuing to today), Mercy Housing Management Group's principal place of business under the "nerve center" test is Colorado, where Mercy Housing Management Group has its headquarters. *See Hertz Corp. v. Friend*, 599 U.S. 77, 80–81 (2010) (a corporation's principal place of business, or "nerve center," will typically be where its headquarters is located). Mercy Housing Management Group is incorporated under the laws of Nebraska.

NOTICE OF REMOVAL - 3

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

11. At the time this action was commenced, and at all times relevant to the allegations set forth in the Complaint, Plaintiff Gary A. Mitchell was a citizen of the State of Washington. *See* Complaint, ¶ 1.1.

**AMOUNT IN CONTROVERSY**

12. This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332(a), and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a) and (b), in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interests and costs. Defendants are able to satisfy the amount in controversy based on correspondence between Plaintiff's counsel and Mercy Housing, Inc. Specifically, in a letter dated December 10, 2019, Plaintiff's counsel detailed the claims underpinning Plaintiff's alleged damages and made a demand of $175,000.00 to settle this lawsuit.

13. The statements contained in a plaintiff's demand letter are sufficient to satisfy the amount in controversy requirement for removal to federal court. *See Cohn v. Petsmart, Inc.*, 281 F.3d 837, 840 (9th Cir. 2002) (finding that a demand letter is relevant evidence of the amount in controversy for purposes of removal and rejecting the argument that Federal Rule of Evidence 408 prohibits the use of settlement offers in determining the amount in controversy). In addition to her claimed damages in this action as stated above, Plaintiff's Complaint also requests that the Court award her "Prejudgment interest in an amount to be proven at trial;" "Compensation for any tax penalty associated with a recovery;" and "reasonable attorneys' fees and costs." Complaint at 5.

**PROCESS AND VENUE**

14. Counsel for Plaintiff first served Mercy Housing, Inc. with a copy of the Summons and Complaint on March 15, 2017, and Mercy Housing Management Group with a copy of the Summons and Amended Complaint on March 23, 2022. This Notice of Removal is timely as it is made within 30 days of receipt of a copy of the pleading, motion, order or other paper from which

NOTICE OF REMOVAL - 4

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

it may first be ascertained that the case is one which is or has become removable. 28 U.S.C. § 1446(b).

15. Venue is proper (for purposes of removal) in the Western District of Western Washington at Seattle. Venue is proper (for purposes of removal) in this District because this is the court for the district encompassing the place where this action is currently pending. 28 U.S.C. § 1441(a). Venue is proper at Seattle (for purposes of removal) because the cause of action arose, and the action is pending, in King County. *See* Western District of Washington LCR 3(d)(2).

16. Written notice of the filing of this Notice of Removal has been given to all parties who have appeared in this action, and a copy of the Notice of Removal has been filed with the Clerk of Court of the Superior Court of the State of Washington, in and for the County of King because Plaintiff commenced this action and filed his Complaint with the Superior Court.

WHEREFORE, Defendants respectfully request that this action now pending in the King County Superior Court, State of Washington, be removed to the United States District Court for the Western District of Washington at Seattle.

Dated: April 11, 2022

*/s/ Thomas P. Holt*
Thomas P. Holt, WSBA #39722
tholt@littler.com

*/s/ Birgitte M. Gingold*
Birgitte M. Gingold, WSBA #50630
bgingold@littler.com

**LITTLER MENDELSON, P.C.**
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Telephone: 206.623.3300
Facsimile: 206.447.6965

Attorneys for Defendants

NOTICE OF REMOVAL - 5

Littler Mendelson, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

**CERTIFICATE OF SERVICE**

I am a resident of the State of Washington. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Union Square, 600 University Street, Suite 3200, Seattle, Washington 98101. I hereby certify that on April 11, 2022, I electronically filed the foregoing **NOTICE OF REMOVAL TO FEDERAL COURT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Damien N. Villarreal, WSBA #50708
Vera P. Fomina, WSBA #49388
SKIDMORE FOMINA, PLLC
14205 SE 36th Street, Suite 100
Bellevue, WA 98006
Tel: (425) 519-3656
dvillarreal@skidmorefomina.com
vfomina@skidmorefomina.com
gskidmore@skidmorefomina.com

I certify under penalty of perjury under the laws of the United States and of the State of Washington that the foregoing is true and correct.

Dated this 11th day of April, 2022.

/s/ Karen Fiumano Yun
Karen Fiumano Yun
kfiumano@littler.com
**LITTLER MENDELSON, P.C.**

4865-4349-2121.1 / 114988-1002

NOTICE OF REMOVAL - 6

Littler Mendelson, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300